B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## District of Minnesota

In re ___SCICOM Data Services, Ltd._____,    Case No. ___13-43894_____

Debtor    Chapter_____11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 4,109,700.00 | | |
| B - Personal Property | Yes | 4 | 9,144,428.88 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | 17,801,787.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 5 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| | | Total Assets | 13,254,128.88 | | |
| | | | Total Liabilities | 17,801,787.00 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## District of Minnesota

In re    SCICOM Data Services, Ltd.                                        Case No. ____13-43894____

                                                        ,
                                         Debtor

                                                        Chapter _____11_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re      SCICOM Data Services, Ltd.                                          ,      Case No.      13-43894
_____                                    _____
                                   Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 10101 Bren Road E, Minnetonka:<br><br>Lots 2 and 6, Block 10, Opus II 1st Addition, according to the recorded plat thereof, Hennepin County, Minnesota<br><br>PID No. 36-117-22-43-0030<br><br>Value is Estimated Market Value for taxes paid in 2013, assessed 1/2/12, as prepared by Hennepin County | Fee Simple | - | 4,109,700.00 | 0.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 4,109,700.00 | (Total of this page) |
| Total > | 4,109,700.00 |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    SCICOM Data Services, Ltd.    ,    Case No.    13-43894
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Petty cash | - | 150.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BMO Harris Bank Operating Account (ending 2539) | - | 865,943.78 |
| | | BMO Harris Bank Savings Account (ending 9810) | - | 784,975.64 |
| | | BMO Harris Bank Disbursement acct - Payroll (ending 4403) | - | 297,236.99 |
| | | BMO Harris Bank Disbursement acct - FSA (ending 1032) | - | 8,395.98 |
| | | BMO Harris Bank Disbursement acct - Lease (ending 6905) | - | 1,432.03 |
| | | Bremer Bank Savings Account (ending 3020) | - | 29.36 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >    1,958,163.78
(Total of this page)

  3   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    SCICOM Data Services, Ltd.                                    ,    Case No.    13-43894
                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Policies set forth on Schedule G - no cash value | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% ownership interest in subsidiary: SCICOM Leasing Inc. | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable | - | 2,371,422.38 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >    2,371,422.38
(Total of this page)

Sheet   1   of   3   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re      SCICOM Data Services, Ltd.                                    ,    Case No.    13-43894
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Pending litigation against Actuate Corporation | - | Unknown |
| | | Prepaid expenses | - | 2,818,388.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Trademark Registration Number 3,716,535 - SCICOM name | - | Unknown |
| | | Trademark Registration Number 3,732,359 - SCICOM Data Services Logo | - | Unknown |
| | | Trademark Application Number 85823929 - Cayenne service mark (applied for) | - | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Licenses for approximately 464 software products. | - | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Intl 4300 [VIN 1HTMMAAM57H415861] (Value based on purchase offer) | - | 8,410.42 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office equipment (including office furnishings and equipment, desk computers, office supplies, etc.) (Value based on purchase offer) | - | 335,778.04 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Machinery (including printers and related equipment, inserters, etc.) (Value based on purchase offer) | - | 648,267.17 |
| 30. Inventory. | | Inventory - Paper and related supplies | - | 451,064.97 |
| | | Inventory - Postage | - | 552,934.12 |

|  |  |
|---|---|
| Sub-Total > | 4,814,842.72 |
| (Total of this page) | |

Sheet   2   of   3   continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re    SCICOM Data Services, Ltd.                                              ,    Case No.    13-43894
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 9,144,428.88 |

Sheet ___3___ of ___3___ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    SCICOM Data Services, Ltd.                                    Case No.    13-43894
                                                            ,
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | Notice Only Debt paid in full July 2013 | | | | | |
| BMO Harris Bank, NA Attn. Dan Falstad 651 Nicollet Mall, Ste 410 Minneapolis, MN 55402 | - | | | | | | | | |
| | | | | Value $               0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

|   0   continuation sheets attached | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 |

B6E (Official Form 6E) (4/13)

.

In re    SCICOM Data Services, Ltd.                                    ,    Case No. ___13-43894_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re    SCICOM Data Services, Ltd. _____ ,    Case No. ___13-43894_____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. Employees | | - | Wages and benefits up to the priority amount were paid pursuant to Court Order dated 8/18/2013 | | | | 0.00 | 0.00 0.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)

| | |
|---|---|
| Subtotal | 0.00 |
| (Total of this page) | 0.00    0.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re     SCICOM Data Services, Ltd.                                    ,        Case No.    13-43894
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Hennepin County Treasurer<br>300 S 6th St<br>Minneapolis, MN 55487 | - | | Notice Only | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>Internal Revenue Service<br>Centralized Insolvency Operat.<br>PO Box 7346<br>Philadelphia, PA 19101 | - | | Notice Only | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>MN Department of Revenue<br>Collection Enforcement<br>551 Bky Section - PO Box 64447<br>St. Paul, MN 55164 | - | | Notice Only | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  2   of  2   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Total of this page) | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 0.00 | 0.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re    SCICOM Data Services, Ltd. _____,    Case No. ___13-43894_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Actuate Corporation<br>951 Mariners Island Blvd<br>San Mateo, CA 94404 | | - | | | Pending litigation<br>Claim amount is amount identified by creditor in initial filings, exclusive of interest and other costs. Debtor strongly disputes claim. | X | X | X | 3,500,000.00 |
| Account No.<br><br>Benjamin Riley, Esq.<br>One Embarcadero Center Ste 800<br>San Francisco, CA 94111 | | | | | Representing:<br>Actuate Corporation | | | | Notice Only |
| Account No.<br><br>Eileen M. Hunter, Esq.<br>Faegre Baker Daniels<br>90 S Seventh St, Ste 2200<br>Minneapolis, MN 55402 | | | | | Representing:<br>Actuate Corporation | | | | Notice Only |
| Account No.<br><br>Aerotek Commerical Staffing<br>PO Box 198531<br>Atlanta, GA 30384 | | - | | | Services | | | | 3,953.60 |

| | | |
|---|---|---|
| __13__ continuation sheets attached | Subtotal<br>(Total of this page) | 3,503,953.60 |

B6F (Official Form 6F) (12/07) - Cont.

In re  SCICOM Data Services, Ltd.                               ,  Case No.  13-43894
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> Alerus Financial, N.A. <br> 10900 Wayzata Blvd, Ste 120 <br> Hopkins, MN 55305 | - | | Notice only | | | | 0.00 |
| Account No. <br> American Health Holding Inc. <br> 7400 West Campus Road <br> New Albany, OH 43054 | - | | Wages and benefits up to the priority amount were paid pursuant to Court Order dated 8/18/2013 | | | | 0.00 |
| Account No. <br> Anchor Paper Co <br> 480 Broadway St <br> Saint Paul, MN 55101 | - | | Trade supplies | | | | 269.72 |
| Account No. <br> Associated Financial Group <br> 12600 Whitewater Dr, Ste 100 <br> Hopkins, MN 55343 | - | | Services | | | | 2,087.00 |
| Account No. <br> Budget Lighting Inc. <br> 15275 Minnetonka Blvd <br> Minnetonka, MN 55345 | - | | Services | | | | 684.83 |

Sheet no.  1  of  13  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  3,041.55

B6F (Official Form 6F) (12/07) - Cont.

In re  SCICOM Data Services, Ltd.                                   ,        Case No.     13-43894
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Centraire Heating & Air<br>7402 Washington Avenue<br>Eden Prairie, MN 55344 | | - | Services | | | | 569.00 |
| Account No.<br><br>CenturyLink<br>PO Box 91154<br>Seattle, WA 98111 | | - | Services | | | | 269.29 |
| Account No.<br><br>Cintas<br>Cintas Location LOC 470<br>PO Box 88005<br>Chicago, IL 60680 | | - | Trade supplies and services | | | | 267.13 |
| Account No.<br><br>Cintas First Aid & Safety<br>Cintas Corporation<br>PO Box 631025<br>Cincinnati, OH 45263 | | - | Trade supplies and services | | | | 161.28 |
| Account No.<br><br>Citrix Online Audio LLC<br>499 Washington Blvd, Ste 1401<br>Jersey City, NJ 07310 | | - | Services | | | | 73.43 |

Sheet no. __2__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,340.13

B6F (Official Form 6F) (12/07) - Cont.

In re    SCICOM Data Services, Ltd.                                                  ,          Case No.    13-43894
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Services | | | | |
| City of Minnetonka 14600 Minnetoka Blvd Minnetonka, MN 55345 | - | | | | | | | 3,997.41 |
| Account No. | | | | Services | | | | |
| DALCO 15525 - 32nd Ave N Plymouth, MN 55447 | - | | | | | | | 605.76 |
| Account No. | | | | Equipment lease | | | | |
| Data Sales Co. Inc. 3450 W Burnsville Pkwy Burnsville, MN 55337 | - | | | | | | | 296.08 |
| Account No. | | | | Services | | | | |
| Datalink Corporation PO Box 1450 NW-8286 Minneapolis, MN 55485 | - | | | | | | | 19,976.63 |
| Account No. | | | | Services | | | | |
| Erbert & Gerberts 740 Main St Hopkins, MN 55343 | - | | | | | | | 24.22 |

Sheet no.  3   of  13   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                24,900.10

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    SCICOM Data Services, Ltd.                                    ,    Case No.    13-43894
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Financial Transmission Network<br>14680 W Dodge Rd, Ste 2<br>Omaha, NE 68154 | | - | | Services | | | | 209.32 |
| Account No.<br><br>Grainger<br>Dept 806543906<br>Palatine, IL 60038 | | - | | Goods and/or services | | | | 168.77 |
| Account No.<br><br>Green Affairs, LLC<br>5295 Bryant<br>Maple Plain, MN 55359 | | - | | Services | | | | 337.92 |
| Account No.<br><br>HFMA Sponsorship Committee<br>PO Box 24732<br>Minneapolis, MN 55424 | | - | | Services | | | | 900.00 |
| Account No.<br><br>Hillyard, Inc.<br>PO Box 875566<br>Kansas City, MO 64187 | | - | | Services | | | | 1,423.75 |

Sheet no. __4__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,039.76

B6F (Official Form 6F) (12/07) - Cont.

In re   SCICOM Data Services, Ltd.                                    ,   Case No. ___13-43894___
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Holiday Credit<br>PO Box 1216<br>Minneapolis, MN 55440 | | - | | Services | | | | 305.04 |
| Account No.<br><br>IBM Corporation<br>PO Box 88808<br>Atlanta, GA 30356 | | - | | Services | | | | 11,633.98 |
| Account No.<br><br>Iron Mountain<br>PO Box 915004<br>Dallas, TX 75391 | | - | | Services | | | | 80.63 |
| Account No.<br><br>JJ's Outdoor Services LLC<br>6801 Washington Ave S<br>Minneapolis, MN 55439 | | - | | Services | | | | 906.26 |
| Account No.<br><br>Knowledge Marketing LLC<br>3650 Annapolis Ln N, Ste 190<br>Minneapolis, MN 55447 | | - | | Services | | | | 1,500.00 |

Sheet no. __5__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,425.91

B6F (Official Form 6F) (12/07) - Cont.

In re    SCICOM Data Services, Ltd.                                                    ,    Case No.    13-43894
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Services | | | | |
| Laser Technologies Inc. 2500 Lexington Ave S Saint Paul, MN 55120 | - | | | | | | | 1,173.60 |
| Account No. | | | | Trade supplies | | | | |
| Liberty Envelope 7550 Corporate Way Eden Prairie, MN 55344 | - | | | | | | | 467.26 |
| Account No. | | | | Wages and benefits up to the priority amount were paid pursuant to Court Order dated 8/18/2013 | | | | |
| Lincoln National Life Ins. PO Box 0821 Carol Stream, IL 60132 | - | | | | | | | 0.00 |
| Account No. | | | | Services | | | | |
| Masterson Personnel 505 Highway 169 North Waterford Park, Ste 700 Minneapolis, MN 55441 | - | | | | | | | 1,370.17 |
| Account No. | | | | Trade supplies | | | | |
| Midland Paper 1140 Paysphere Cr Chicago, IL 60674 | - | | | | | | | 39,739.90 |

Sheet no. __6__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

42,750.93

B6F (Official Form 6F) (12/07) - Cont.

In re    SCICOM Data Services, Ltd.                                    ,    Case No.    13-43894
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only (in connection with amounts owed to Debtor's pension plan) | | | | |
| Pension Benefit Guaranty Corp Attn Lori A. Butler, Esq. 1200 K Street, NW Ste 340 Washington, DC 20005 | - | | | | | X | X | Unknown |
| Account No. | | | | Services | | | | |
| Pitney Bowes Inc. PO Box 371896 Pittsburgh, PA 15250 | - | | | | | | | 2,712.11 |
| Account No. | | | | Services | | | | |
| Pitney Bowes Presort Svcs Inc PO Box 809369 Chicago, IL 60680 | - | | | | | | | 7,953.14 |
| Account No. | | | | Services | | | | |
| Priority Courier Experts PO Box 10699 Saint Paul, MN 55110 | - | | | | | | | 600.50 |
| Account No. | | | | Services | | | | |
| Pugleasa Company Inc 1253 Connelly Ave Saint Paul, MN 55112 | - | | | | | | | 316.00 |

Sheet no. __7__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,581.75

B6F (Official Form 6F) (12/07) - Cont.

In re    SCICOM Data Services, Ltd.                                              ,    Case No. ___13-43894___
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Services | | | | |
| Reliakor Services Inc. NW 5561 PO Box 1450 Minneapolis, MN 55485 | - | | | | | | | 123.00 |
| Account No. | | | | Services | | | | |
| RKL E Solutions LLC 1800 Fruitville Pike Lancaster, PA 17601 | - | | | | | | | 4,444.82 |
| Account No. | | | | Trade supplies | | | | |
| Roberts Business Forms 3761 Dunlap St N Arden Hills, MN 55112 | - | | | | | | | 52,522.89 |
| Account No. | | | | Pension plan payment obligations, as of 6/30/2013 | | | | |
| SCICOM Data Services, Ltd. Employee Pension Plan 10101 Bren Rd E Minnetonka, MN 55343 | - | | | | | | | 13,540,662.00 |
| Account No. | | | | Trade supplies | | | | |
| Shippers Supply Inc 401 - 11th Ave S, Ste 100 Hopkins, MN 55343 | - | | | | | | | 527.54 |

Sheet no. __8__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    13,598,280.25

B6F (Official Form 6F) (12/07) - Cont.

In re    SCICOM Data Services, Ltd.                                                    ,    Case No. _____13-43894_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Software AG USA Inc.<br>PO Box 910600<br>Dallas, TX 75391 | | - | | Services | | | | 12,857.73 |
| Account No.<br><br>Sprint<br>PO Box 4181<br>Carol Stream, IL 60197 | | - | | Services | | | | 17.22 |
| Account No.<br><br>SRSI<br>9036 Grand Ave S<br>Minneapolis, MN 55420 | | - | | Services | | | | 389.50 |
| Account No.<br><br>Staffing Network LLC<br>PO Box 160<br>Hopkins, MN 55343 | | - | | Services | | | | 730.68 |
| Account No.<br><br>Standard Dynamics Inc.<br>1800 Cliff Rd E, Ste 1<br>Burnsville, MN 55337 | | - | | Services | | | | 231.12 |

Sheet no. __9__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                14,226.25

B6F (Official Form 6F) (12/07) - Cont.

In re    SCICOM Data Services, Ltd.                                    ,    Case No.    13-43894
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Services | | | | |
| Sungard Availability Services 91233 Collection Center Drive Chicago, IL 60693 | | - | | | | | | 10,871.00 |
| Account No. | | | | Services | | | | |
| SVL Service Corp 4600 Churchill St Saint Paul, MN 55126 | | - | | | | | | 846.50 |
| Account No. | | | | Trade supplies | | | | |
| Tension Envelope Corp PO Box 957385 Saint Louis, MO 63195 | | - | | | | | | 25,624.49 |
| Account No. | | | | Services | | | | |
| Transcend United Technologies 2101 Kennedy St NE Minneapolis, MN 55413 | | - | | | | | | 590.78 |
| Account No. | | | | Services | | | | |
| Trugreen PO Box 78501 Phoenix, AZ 85062 | | - | | | | | | 339.79 |

Sheet no. __10__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    38,272.56

B6F (Official Form 6F) (12/07) - Cont.

In re    SCICOM Data Services, Ltd.                                           ,        Case No.        13-43894
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Services | | | | |
| TW Telecom PO Box 172567 Denver, CO 80217 | | - | | | | | | 3,335.17 |
| Account No. | | | | Services | | | | |
| Uline 2200 S Lakeside Dr Waukegan, IL 60085 | | - | | | | | | 740.00 |
| Account No. | | | | Services | | | | |
| United Parcel Service Lock box 577 Carol Stream, IL 60132 | | - | | | | | | 8,774.49 |
| Account No. | | | | Services | | | | |
| Verifications Inc. MI60 PO Box 1150 Minneapolis, MN 55480 | | - | | | | | | 249.95 |
| Account No. | | | | Services | | | | |
| Verizon Wireless PO Box 25505 Lehigh Valley, PA 18002 | | - | | | | | | 278.03 |

Sheet no. __11__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,377.64

B6F (Official Form 6F) (12/07) - Cont.

In re    SCICOM Data Services, Ltd.                                                    ,    Case No.    13-43894
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Services | | | | |
| Walser Chrysler Jeep 314 Main St Hopkins, MN 55343 | | - | | | | | | 688.60 |
| Account No. | | | | Services | | | | |
| Waste Management PO Box 9001054 Louisville, KY 40290 | | - | | | | | | 1,386.54 |
| Account No. | | | | Services | | | | |
| WDZ Incorporated 545 Helen St N Hudson, WI 54016 | | - | | | | | | 52.10 |
| Account No. | | | | Services | | | | |
| Xcel Energy PO Box 9477 Minneapolis, MN 55484 | | - | | | | | | 34,730.26 |
| Account No. | | | | Trade supplies and services | | | | |
| Xerox Corp PO Box 802555 Chicago, IL 60680 | | - | | | | | | 495,328.94 |

| | | |
|---|---|---|
| Sheet no. 12 of 13 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 532,186.44 |

B6F (Official Form 6F) (12/07) - Cont.

In re    SCICOM Data Services, Ltd.                                                    ,        Case No.        13-43894
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.                           Ziegler Inc. SDS 12-0436 PO Box 86 Minneapolis, MN 55486 | - | | | Services | | | | 410.13 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __13__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 410.13 |
| Total (Report on Summary of Schedules) | | 17,801,787.00 |

B6G (Official Form 6G) (12/07)

.

In re    SCICOM Data Services, Ltd.                                          ,    Case No.    13-43894
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Alerus Financial, N.A.<br>10900 Wayzata Blvd, Ste 120<br>Hopkins, MN 55305 | Party to Agreement for appraisal services |
| Allianz Life Insurance Co<br>Attn.Erin Krawiecki<br>5701 Golden Hills Dr<br>Minneapolis, MN 55416 | See Attachment G |
| Associated Trust Company<br>Attn. Beth Cravillion<br>100 W Wisconsin Ave<br>Neenah, WI 54956 | See Attachment G |
| Bowe Bell & Howell Company<br>PO Box 71297<br>Chicago, IL 60694 | Maintenance contract |
| Bremer Trust<br>Attn. Kathy Metcalf<br>372 St Peter St<br>Saint Paul, MN 55102 | 401(k) plan administrator |
| Bremer Trust<br>Attn. Kathy Metcalf<br>372 St Peter St<br>Saint Paul, MN 55102 | ESOP plan administrator |
| Cargill<br>Attn. Brian Lundgren<br>PO Box 6034<br>Fargo, ND 58108 | See Attachment G |
| Chartwell Business Valuation<br>33 S Sixth St, Ste 4750<br>Minneapolis, MN 55402 | Party to Agreement for appraisal services |
| City National Bank<br>Attn: Tom McNair<br>225 Broadway 5th Floor<br>San Diego, CA 92101 | See Attachment G |
| Convey Compliance<br>Attn. Melanie Glawe<br>9800 Bren Rd, Ste 300<br>Hopkins, MN 55343 | See Attachment G |

    4
____    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    SCICOM Data Services, Ltd.                                    ,    Case No.    13-43894
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| CUNA Mutual<br>Attn Jeff Peterson<br>5910 Mineral Point Rd<br>Madison, WI 53705 | See Attachment G |
| Data Sales Co. Inc.<br>3450 W Burnsville Pkwy<br>Burnsville, MN 55337 | Equipment Lease |
| Delta Dental<br>500 Washington Ave S, Ste 2060<br>Minneapolis, MN 55415 | Employee dental insurance |
| Express Printing<br>Attn: Marcus Gernes<br>12 Long Lake Rd, Ste 18B<br>Saint Paul, MN 55115 | See Attachment G |
| Gateway EDI<br>c/o Andy Schulz 501 N Broadway<br>One Financial Plaza, 3rd Floor<br>Saint Louis, MO 63102 | See Attachment G |
| Guidestone Financial Resources<br>Attn. Kim Walthall<br>2401 Cedar Springs Rd<br>Dallas, TX 75201 | See Attachment G |
| Heating Oil Partners<br>Attn. Fred Lord<br>4 W Red Oak Ln, Ste 310<br>West Harrison, NY 10604 | See Attachment G |
| Honeywell<br>Attn. Terri Tierney<br>1985 Douglas Dr, MN10-131B<br>Minneapolis, MN 55422 | See Attachment G |
| Honeywell Canada Ltd.<br>Attn. Antonella Filippelli<br>PO Box 982304<br>El Paso, TX 79998 | See Attachment G |
| Interactive Retirement Systems<br>Attn. Jim Ryan<br>3800 American Blvd W, Ste 1455<br>Minneapolis, MN 55431 | See Attachment G |
| John Hancock<br>LTC Retail Collections<br>1 John Hancock Way<br>Boston, MA 02217 | Long term care insurance for specific key employees and their spouses |

Sheet    1    of    4    continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re     SCICOM Data Services, Ltd.                                    ,     Case No.      13-43894
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| Lincoln National Life Ins.<br>PO Box 0821<br>Carol Stream, IL 60132 | Employee life and long-term disability insurance |
| Marshall & Ilsley Trust Co | See Attachment G |
| McKesson HBOC<br>Attn. Doris Grill<br>8121 - 10th Ave N<br>Minneapolis, MN 55427 | See Attachment G |
| Milliman Inc.<br>Attn. Brad Kuebler<br>8500 Normandale Lake, Ste 1850<br>Bloomington, MN 55437 | See Attachment G |
| Minnpar Inc.<br>Attn. Sean Flynn<br>5273 Program Ave<br>Saint Paul, MN 55112 | See Attachment G |
| Mony/AXA Financial<br>Attn. Paula Hoffman<br>PO Box 4830, MD 32-69<br>Syracuse, NY 13221 | See Attachment G |
| Pentegra Retirement Services<br>Attn. Beth Kane<br>108 Corporate Park Dr<br>West Harrison, NY 10604 | See Attachment G |
| PreferredOne<br>6105 Golden Hills Dr<br>Minneapolis, MN 55416 | Employee medical insurance |
| Primenet Direct Marketing Soln<br>Attn. Mark Keefe<br>2250 Pilot Knob Rd<br>Saint Paul, MN 55120 | See Attachment G |
| Primevest Financial Services<br>Attn. Sheila Rieland<br>400 First St S<br>Saint Cloud, MN 56301 | See Attachment G |
| Principal Life<br>Attn. Beth Pietan<br>PO Box 9394<br>Des Moines, IA 50306 | Pension plan administrator |

Sheet    2    of    4    continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re      SCICOM Data Services, Ltd.                                      ,      Case No.     13-43894
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| SCICOM Data Services, Ltd. Employee Pension Plan 10101 Bren Rd E Minnetonka, MN 55343 | Party to Agreement for appraisal services |
| Securian Financial Group Attn. Theresa Kieper 400 N Robert St, Ste 401 Saint Paul, MN 55101 | See Attachment G |
| Security Life Insurance Co Attn Cindy Dufner 10901 Red Circle Dr Hopkins, MN 55343 | See Attachment G |
| Stifel Nicolaus Attn. Karen Stroud 501 N Broadway, One Financial Saint Louis, MO 63102 | See Attachment G |
| SunGard Employee Benefit Sys Attn Tina Aderhold PO Box 40099 Philadelphia, PA 19106 | See Attachment G |
| Thermo Fisher Scientific Attn. Christopher Burns 300 Industry Dr Pittsburgh, PA 15275 | See Attachment G |
| United Health Group c/o Rochelle Klee Payment Svcs 9900 Bren Rd, MN008-W235 Hopkins, MN 55343 | See Attachment G |
| United Methodist Church GBoPHB Attn. Debbie Reid 1901 Chestnut Ave Glenview, IL 60025 | See Attachment G |
| Upromise Investment Inc. Attn. Chris Borge 95 Wells Ave, Ste 160 Newton Center, MA 02459 | See Attachment G |
| Valspar Corporation Attn. Ed Burke PO Box 1461 Minneapolis, MN 55440 | See Attachment G |
| Venture Solutions Inc. 1725 Roe Crest Dr Mankato, MN 56002 | Debtor is Seller in Purchase and Sale Agreement |

Sheet   3   of   4   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

In re   SCICOM Data Services, Ltd.                                    ,    Case No. ____13-43894____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Vertical Management Systems<br>Attn. Greg Harman<br>7 North Fair Oaks Ave<br>Pasadena, CA 91103 | See Attachment G |
| Walman Optical<br>Attn. Gayla Helmke<br>801 - 12th Ave N<br>Minneapolis, MN 55411 | See Attachment G |
| Watkins, Ross & Company<br>Attn. Bill Warner<br>161 Ottawa Ave NW, Ste 505<br>Grand Rapids, MI 49503 | See Attachment G |
| Wells Fargo Bank<br>Attn. Trudy Ornberg<br>608 Second Ave S MAC-N9303-056<br>Minneapolis, MN 55402 | See Attachment G |
| Wells Real Estate Funds<br>Attn. Robert Medwed<br>PO Box 1887<br>Norcross, GA 30091 | See Attachment G |
| Xerox Corp<br>PO Box 802555<br>Chicago, IL 60680 | Maintenance contract |

Sheet __4__ of __4__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Attachment G

| Counter Party | SCICOM Data Contract No. | Agreement Date or Effective Date | Agreement |
|---|---|---|---|
| Allianz Life | A-1033-10/11 | 10/01/11 | Mater Services Agreement |
| Allianz Life | A-1033-10/11 | 10/01/11 | Systems Specification Addendum No. 1 to Master Services Agreement between Scicom Data Services and Allianz Life Ins. Co. of North America |
| Allianz Life | A-1033-10/11 | 10/01/11 | Systems Specification Addendum No. 2 to Master Services Agreement between Scicom Data Services and Allianz Life Ins. Co. of North America |
| Associated Bank | A-1034-11/11 | 11/11/11 | Agreement for Services |
| Associated Bank | A-1030-10/05 | 03/07/07 | Systems Specification Addendum # 1 to Agreement for Services between Scicom Data Services and Associated Trust Co. |
| Associated Bank | A-1030-10/05 | 03/07/07 | Systems Specification Addendum # 3 to Agreement for Services between Scicom Data Services and Associated Trust Co. |
| Associated Bank | A-1030-10/05 | 03/07/07 | Systems Specification Addendum # 2 to Agreement for Services between Scicom Data Services and Associated Trust Co. |
| AXA Equitable Life Ins. Co. | | 07/27/10 | Application Service Provider Agreement |
| Cargill, Inc. | C-1023-10/98 | 04/01/98 | Agreement for Services |
| City National Bank | C-1027-9/00 | 04/13/01 | Agreement for Services |
| City National Bank | C-1027-9/00 | 04/30/01 | Addendum to Services Agreement |
| Convey Compliance | C-1031-7/03 | 07/09/03 | Agreement for Services |
| Convey Compliance | C-1031-7/03 | 07/09/03 | Amendment 1 to Agreement for Services between Scicom Data Services, Ltd. and Convey Compliance |
| Convey Compliance | C-1031-7/03 | 07/09/03 | Amendment 2 to Agreement for Services between Scicom Data Services, Ltd. and Convey Compliance |
| Convey Compliance | C-1031-7/03 | 12/23/03 | Addendum No. 1 to Services Agreement for Convey Compliance |
| CUNA Mutual | | 10/23/08 | Master Services Agreement (Business Process Outsourcing Services) |
| CUNA Mutual | | 05/08/09 | First Amendment to Master Services Agreement |
| CUNA Mutual | | 07/01/09 | Second Amendment to Master Services Agreement |
| CUNA Mutual | | 07/29/09 | Third Amendment to Master Services Agreement |
| CUNA Mutual | | 07/01/09 | Fourth Amendment to Master Services Agreement |
| CUNA Mutual | | 07/24/09 | Fifth Amendment to Master Services Agreement |
| CUNA Mutual | | 07/24/12 | Seventh Amendment to Master Services Agreement |
| CUNA Mutual | | 03/09/11 | Addendum to the Second Amendment to the Master Services Agreement |
| Cuna Mutual Ins. | | 06/29/09 | Statement of Work #1 Business Process Outsourcing for CUP Letters |
| Cuna Mutual Ins. | | 09/22/12 | SOW #1 Exhibit A Revison 1 as of Sept. 22, 2012 |

Attachment G

| Counter Party | SCICOM Data Contract No. | Agreement Date or Effective Date | Agreement |
|---|---|---|---|
| Cuna Mutual Ins. | | 06/29/09 | Statement of Work #1<br>Business Process Outsourcing for CUP Letters |
| Cuna Mutual Ins. | | 04/02/10 | Statement of Work #10<br>Business Process Outsourcing for LP15 - Focus Fixed Annual and Periodic Statements |
| Cuna Mutual Ins. | | 04/02/10 | Statement of Work #11<br>Business Process Outsourcing for TX01 - Tax 1099 Forms |
| Cuna Mutual Ins. | | 04/02/10 | Statement of Work #12<br>Business Process Outsourcing for AD01 - AD&D B&C Direct Bill Notices (Daily and Monthly) |
| Cuna Mutual Ins. | | 08/05/10 | Statement of Work #13<br>Business Process Outsourcing for Collateral Protection Documents |
| Cuna Mutual Ins. | | 06/21/10 | SOW #14 - Exhibit A |
| Cuna Mutual Ins. | | 06/21/10 | SOW #14 - Exhibit A |
| Cuna Mutual Ins. | | 04/02/10 | Statement of Work #14<br>Business Process Outsourcing for BR05 - CBSI Brokerage Welcome Letters |
| Cuna Mutual Ins. | | 04/02/10 | Statement of Work #15<br>Business Process Outsourcing for CR01 - Claims Delay Letters |
| Cuna Mutual Ins. | | 04/02/10 | Statement of Work #16<br>Business Process Outsourcing for TX02 - Fair Market Value Letters |
| Cuna Mutual Ins. | | 01/19/12 | Statement of Work #17<br>Business Process Outsourcing for L70 Billing Notices (BILLs AND BIMMs) |
| Cuna Mutual Ins. | | 04/02/10 | Statement of Work #18<br>Business Process Outsourcing for LifePro Billing Notices |
| Cuna Mutual Ins. | | 04/02/10 | Statement of Work #19<br>Business Process Outsourcing for LP01 Annuity Statements |
| Cuna Mutual Ins. | | 05/28/09 | Statement of Work #2<br>Business Process Outsourcing for CUP Renewals, Endorsements and Auto ID Cards |
| Cuna Mutual Ins. | | 11/18/10 | SOW #2 Exhibit A<br>Revison 2 as of Nov. 18, 2010 |
| Cuna Mutual Ins. | | 09/22/12 | SOW #2 Exhibit A<br>Revison 2 as of Sept. 22, 2012 |
| Cuna Mutual Ins. | | 05/28/09 | Statement of Work #2<br>Business Process Outsourcing for CUP Renewals, Endorsements and Auto ID Cards |

Attachment G

| Counter Party | SCICOM Data Contract No. | Agreement Date or Effective Date | Agreement |
|---|---|---|---|
| Cuna Mutual Ins. | | 04/02/10 | Statement of Work #20<br>Business Process Outsourcing for LP04 MIA Annual Statements |
| Cuna Mutual Ins. | | 04/02/10 | Statement of Work #21<br>Business Process Outsourcing for LP05 Flexible Premium VUL Statements |
| Cuna Mutual Ins. | | 04/02/10 | Statement of Work #22<br>Business Process Outsourcing for LP08 Flexible Premium Deferred Variable and Fixed Annuity Statements |
| Cuna Mutual Ins. | | 04/02/10 | Statement of Work #23<br>Business Process Outsourcing for LP11 - PIn Letters |
| Cuna Mutual Ins. | | 04/12/10 | Statement of Work #24<br>Business Process Outsourcing for MFN11 - MFN LifePro Policy Summaries |
| Cuna Mutual Ins. | | 04/12/10 | Statement of Work #25<br>Business Process Outsourcing for SD01 - Service Request Letters (Dashboard) |
| Cuna Mutual Ins. | | 04/02/10 | Statement of Work #26<br>Business Process Outsourcing for Annual Premium Reports Mailing for CD/CL and LP/LS (LN03 and LN04) |
| Cuna Mutual Ins. | | 04/02/10 | Statement of Work #27<br>Business Process Outsourcing for Employee Benefits Monthly Billing Statements EB02/EFT, EB03/Regular |
| Cuna Mutual Ins. | | 09/26/11 | Statement of Work #29<br>Business Process Outsourcing for BR06 - Fund Direct Welcome Letters |
| Cuna Mutual Ins. | | 10/23/09 | Statement of Work #3<br>Business Process Outsourcing for Billing and Collection Bills |
| Cuna Mutual Ins. | | 4, 2012 | SOW #3 Exhibit A<br>Revison 2 as of April, 2012 |
| Cuna Mutual Ins. | | 10/23/09 | Statement of Work #3<br>Business Process Outsourcing for Billing and Collection Bills |
| Cuna Mutual Ins. | | 09/26/11 | Statement of Work #30<br>Business Process Outsourcing for BR01/BR02 - Books and Records Mailing |
| Cuna Mutual Ins. | | 05/16/11 | Statement of Work #31<br>Business Process Outsourcing for Collateral Protection Master Poilcy Documents |
| Cuna Mutual Ins. | | 04/07/11 | Statement of Work #32<br>Business Process Outsourcing for TX03 - Non VA Non-Periodic and TX04 VA Non-Periodic Mailing |

7224483_1.xlsx

Attachment G

| Counter Party | SCICOM Data Contract No. | Agreement Date or Effective Date | Agreement |
|---|---|---|---|
| Cuna Mutual Ins. | | 01/04/12 | Statement of Work #33<br>Business Process Outsourcing for CUNA Brokerage Firm Disclosures Mailing |
| Cuna Mutual Ins. | | 06/17/11 | Statement of Work #34<br>Business Process Outsourcing for Employee Benefits Group Registrations, EB05 |
| Cuna Mutual Ins. | | 08/25/11 | Statement of Work #35<br>Business Process Outsourcing for Life70 VUL Annual Termination Statements (DC160DP-DC160P1) |
| Cuna Mutual Ins. | | 08/25/11 | Statement of Work #36<br>Business Process Outsourcing for Life70 UL Annual Statements (DC161DP) |
| Cuna Mutual Ins. | | 08/25/11 | Statement of Work #38<br>Business Process Outsourcing for Life70 VUL Daily Confirmation Statements (DC360DP) |
| Cuna Mutual Ins. | | 08/25/11 | Statement of Work #39<br>Business Process Outsourcing for Life70 VUL Quarterly Confirmation Statements (DC360DP1) |
| Cuna Mutual Ins. | | 06/08/10 | SOW #4 Exhibit A<br>Revison 3 as of June 8, 2010 |
| Cuna Mutual Ins. | | 10/23/09 | Statement of Work #4<br>Business Process Outsourcing for EFT Advice Correspondence |
| Cuna Mutual Ins. | | 08/25/11 | Statement of Work #40<br>Business Process Outsourcing for LifePRO VUL Daily Confirmation Statements (DC363DP) |
| Cuna Mutual Ins. | | 08/25/11 | Statement of Work #41<br>Business Process Outsourcing for LifePRO VUL Termination Statements (DC365DP) |
| Cuna Mutual Ins. | | 08/25/11 | Statement of Work #42<br>Business Process Outsourcing for LifePRO VUL Annual Statements (DC366DP) |
| Cuna Mutual Ins. | | 08/25/11 | Statement of Work #43<br>Business Process Outsourcing for LifePRO VA Daily Confirmation Statements (DC367DP) |
| Cuna Mutual Ins. | | 08/25/11 | Statement of Work #44<br>Business Process Outsourcing for LifePRO VA TerminationStatements (DC368DP) |
| Cuna Mutual Ins. | | 08/25/11 | Statement of Work #45<br>Business Process Outsourcing for RP02 - RPS Quarterly Statements |
| Cuna Mutual Ins. | | 11/14/11 | Statement of Work #46<br>Business Process Outsourcing for LN01 Fifteen Day Delinquency Letters and LN02 Sixty Day Delinquency Letters |

7224483_1.xlsx

Attachment G

| Counter Party | SCICOM Data Contract No. | Agreement Date or Effective Date | Agreement |
|---|---|---|---|
| Cuna Mutual Ins. | | 10/07/11 | Statement of Work #47<br>Business Process Outsourcing for Escape Letters |
| Cuna Mutual Ins. | | 11/14/11 | Statement of Work #48<br>Business Process Outsourcing for LN12 Single Premium Reimbursement Bill |
| Cuna Mutual Ins. | | 01/31/12 | Statement of Work #49<br>Business Process Outsourcing for Credit Insurance Certificates and related correspondence |
| Cuna Mutual Ins. | | 10/23/09 | Statement of Work #5<br>Business Process Outsourcing for Lenders Protection Adverse Action and Best Rate Correspondence |
| Cuna Mutual Ins. | | 10/23/09 | Statement of Work #5<br>Business Process Outsourcing for Lenders Protection Adverse Action and Best Rate Correspondence |
| Cuna Mutual Ins. | | 08/03/11 | Statement of Work #50<br>Business Process Outsourcing for Credit Union Protection Certificates of Insurance, CUP001 |
| Cuna Mutual Ins. | | 12/13/11 | Statement of Work #51<br>Business Process Outsourcing for Employee Resource Center Bi-weekly and Semi-monthly Payroll Advices |
| Cuna Mutual Ins. | | 06/08/12 | Statement of Work #52<br>Business Process Outsourcing for CR02 Claim Delay Letters |
| Cuna Mutual Ins. | | 07/16/12 | Statement of Work #53<br>Business Process Outsourcing for LPCORR - LifePRO Correspondence |
| Cuna Mutual Ins. | | 01/30/12 | Statement of Work #55<br>Business Process Outsourcing for Ofxx - Direct Channel Life Welcome Packages, Correspondence, and Follow up Billing |
| Cuna Mutual Ins. | | 09/27/12 | SOW #55 - Exhibit A<br>Revision 1 as of Sept. 27, 2012 |
| Cuna Mutual Ins. | | 06/06/12 | Statement of Work #56<br>Business Process Outsourcing for EBGR - AD&D Group Renewal Bills |
| Cuna Mutual Ins. | | 07/11/12 | Statement of Work #57<br>Business Process Outsourcing for AD50 - AD&D ROLS Letters |
| Cuna Mutual Ins. | | 06/19/12 | Statement of Work #58<br>Business Process Outsourcing for AD51 - AD&D Mass Billing Listings |

7224483_1.xlsx

Attachment G

| Counter Party | SCICOM Data Contract No. | Agreement Date or Effective Date | Agreement |
|---|---|---|---|
| Cuna Mutual Ins. | | 06/14/12 | Statement of Work #59 Business Process Outsourcing for L751 - Life70 Dividend Letters |
| Cuna Mutual Ins. | | 11/20/09 | Statement of Work #6 Business Process Outsourcing for Employee Benefits TEFRA Correspondence |
| Cuna Mutual Ins. | | 11/20/09 | Statement of Work #6 Business Process Outsourcing for Employee Benefits TEFRA Correspondence |
| Cuna Mutual Ins. | | 06/26/12 | Statement of Work #60 Business Process Outsourcing for GAP CULD Statements |
| Cuna Mutual Ins. | | 07/16/12 | Statement of Work #61 Business Process Outsourcing for RP08 and RP09 - RPS Withholding Mailing |
| Cuna Mutual Ins. | | 06/29/12 | Statement of Work #62 Business Process Outsourcing for EB01 Retirement Notification Letters |
| Cuna Mutual Ins. | | 06/29/12 | Statement of Work #63 Business Process Outsourcing for EB04 GIC Maturity Letters |
| Cuna Mutual Ins. | | 06/12/12 | Statement of Work #64 Business Process Outsourcing for LP17 - Non Periodic Withholding Notification Mailing |
| Cuna Mutual Ins. | | 12/17/12 | Statement of Work #67 Business Process Outsourcing for IQ RMD Mailing |
| Cuna Mutual Ins. | | 04/02/10 | Statement of Work #7 Business Process Outsourcing for AD02 - MBCH Rate Increase Letters |
| Cuna Mutual Ins. | | 04/02/10 | Statement of Work #8 Business Process Outsourcing for AD03 - AD&D New Enrollee Letters |
| Cuna Mutual Ins. | | 04/02/10 | Statement of Work #9 Business Process Outsourcing for AD04 - HUB ACH Confirmation Letters |
| Cuna Mutual Ins. | | 03/09/11 | First Amendment to Statements of Work |
| EFG Technologies | E-1003-1/98 | 01/20/98 | Agreement for Services |
| EFG Technologies | E-1003-1/98 | 02/16/98 | Pricing Addendum to Agreement for Services between EFG Technlogies and Scicom |
| EFG Technologies | | 02/16/98 | EFG Technologies System III Monthend and Weekly Reports Laser Printing and Distribution |
| EFG Technologies | | 01/02/01 | Updated Pricing Addendum to Agreement for Services between EFG Technlogies and Scicom |
| Express Printing | E-1006-11/12 | 11/27/12 | Agreement for Services |
| Express Printing | E-1006-12/20 | 12/20/12 | Systems Specification Addendum to Agreement for Services betweem Scicom and Express Printing |

7224483_1.xlsx

Attachment G

| Counter Party | SCICOM Data Contract No. | Agreement Date or Effective Date | Agreement |
|---|---|---|---|
| Gateway EDI | G-1018-6/12 | 06/06/12 | Agreement for Services |
| Gateway EDI | | 06/29/11 | Systems Specification Addendum Patient Billing and Correspondence Services |
| Gateway EDI | | 11/08/12 | Systems Specification Addendum Patient Exchange Portal Services |
| GBOPHB of United Methodist Church | G-1017-10/05 | 11/01/05 | Agreement for Services |
| GBOPHB of United Methodist Church | G-1017-10/05 | 03/28/11 | System Specification Addendum 3 to Agreement for Services between Scicom and General Board of Pension and Health Benefits of The United Methodist Church, Incorporated in Illinois |
| Heating Oil Partners | H-1007-9/15 | 10/28/03 | Agreement for Services |
| Heating Oil Partners | H-1007-9/15 | 12/10/03 | Addendum No. 1 to Services Agreement for Heating Oil Partners |
| Heating Oil Partners | H-1007-9/15 | 10/24/12 | Amendment No. 1 to Addendum No. 1 to Services Agreement for HOP Energy, LLC (f/k/a Heating Oil Partners) |
| Honeywell International | | 05/31/13 | Honeywell Interantional, Inc. Consultant Agreement |
| Honeywell International | | 05/31/13 | Honeywell Interantional, Inc. Consultant Agreement |
| Interactive Retirement Services | I-1014-02/04 | 03/01/04 | Agreement for Services |
| M&I Trust Co. | M-1030-8/98 | 09/01/98 | Agreement for Services |
| M&I Trust Co. | M-1030-8/98 | 08/01/05 | Amendment (Effective 8/1/05) to Systems Specification Addendum to Agreement for Services between Scicom and M&I Trust Company |
| McKesson HBOC | M-1036-6/01 | 06/18/01 | Agreement for Services |
| McKesson HBOC | | 07/19/01 | Addendum to Agreement for Services |
| Milliman, Inc. | M-1038-3/06 | 01/08/07 | Agreement for Services |
| Milliman, Inc. | M-1038-3/06 | 04/09/08 | Systems Specification Addendum 1 to Agreement for Services between Scicom and Milliman, Inc. |
| Milliman, Inc. | M-1038-3/06 | 01/08/07 | Systems Specification Addendum 2 to Agreement for Services between Scicom and Milliman, Inc. |
| Milliman, Inc. | M-1038-3/06 | 01/08/07 | Systems Specification Addendum 3 to Agreement for Services between Scicom and Milliman, Inc. |
| Minnesota Life Ins. Co. | S-1024-5/11 | 06/01/11 | Addendum #3 to Services Agreement for The Minnesota Life Insurance Company |
| Pentegra Retirement Services | P-1012-9/05 | 05/01/06 | Agreement for Services |
| Pentegra Retirement Services | P-1012-9/05 | 09/30/12 | Systems Specification Addendum 3 to Agreement for Services between Scicom and Pentegra Retirement Services |

7224483_1.xlsx

Attachment G

| Counter Party | SCICOM Data Contract No. | Agreement Date or Effective Date | Agreement |
|---|---|---|---|
| PrimeNet Direct Marketing Solutions | P-1016-9/10 | 10/26/10 | Agreement for Services |
| PrimeNet Direct Marketing Solutions | | 10/26/10 | Agreement for Services |
| PrimeNet Direct Marketing Solutions | | 04/28/12 | Amendment #1 to System Specifications Addendum #2 to Agreement for Services between Scicom and PrimeNet Direct Marketing Solutions |
| PrimeNet Direct Marketing Solutions | | 04/01/13 | Amendment #3 to System Specifications Addendum #2 to Agreement for Services between Scicom and PrimeNet Direct Marketing Solutions |
| PrimeNet Direct Marketing Solutions | | 01/18/13 | Amendment #2 to System Specifications Addendum #2 to Agreement for Services between Scicom and PrimeNet Direct Marketing Solutions |
| PrimeNet Direct Marketing Solutions | | 04/01/13 | Amendment #3 to System Specifications Addendum #2 to Agreement for Services between Scicom and PrimeNet Direct Marketing Solutions |
| PrimeVest Financial Services | P-1008-2/99 | 04/13/99 | Agreement for Services |
| Securian Financial Group | S-1024-5/11 | 06/01/11 | Agreement for Services |
| Securian Financial Group | | 06/01/11 | Addendum #2 to Services Agreement Annuity Services Client Accout Information and Client Account Statement System Specification |
| Security Life Ins. Co. of America | S-1016/9/97 | 09/12/97 | Agreement for Services |
| Southern Baptist Convention | G-1016-10/04 | 11/10/04 | Agreement for Services |
| Southern Baptist Convention | | Undated | System Specification Addendum 1 to Agreement for Services between Scicom and Annuity Board of the Southern Baptist Convention |
| Southern Baptist Convention | | 06/30/05 | System Specification Addendum 2 to Agreement for Services between Scicom and GuideStone Financial Resources of the Southern Baptist Convention |
| Southern Baptist Convention | | 09/01/10 | System Specification Addendum 3 to Agreement for Services between Scicom and GuideStone Financial Resources of the Southern Baptist Convention |
| SunGard Employee Benefits Systems | S-1018-7/98 | 08/03/98 | Agreement for Services |
| Thermo Fisher Scientific | | 07/01/10 | Business Services Agreement between Thermo Fisher Scientic Inc. and Scicom |
| Thermo Fisher Scientific | | 07/01/13 | Business Services Agreement between Thermo Fisher Scientic Inc. and Scicom |

7224483_1.xlsx

Attachment G

| Counter Party | SCICOM Data Contract No. | Agreement Date or Effective Date | Agreement |
|---|---|---|---|
| Thermo Fisher Scientific | | 07/01/13 | Business Services Agreement between Thermo Fisher Scientic Inc. and Scicom |
| United HealthCare Services | U-1005-3/98 | 03/30/98 | Agreement for Services |
| United HealthCare Services | | 06/01/98 | Schedule A United HealthCare Services, Inc. System Specifications for Commission Checks, Commission Reporting, Accounts Payable Checks, General Job Description |
| United HealthCare Services | | 10/30/03 | Addendum to Schedule A to the Agreement for Services between UnitedHealth Care and Scicom |
| Upromise Investement Advisors | U-1025-10/08 | 11/05/08 | Master Agreement for Services |
| Upromise Investement Advisors | | 04/01/10 | Amendment to Letter Agreement and Master System Specification Addendum between Scicom and Upromise Investment Advisors |
| Upromise Investement Advisors | | 04/30/13 | Amendment No. 2 to Letter Agreement, Master Agreement for Services, and Master System Specification Addendum betweem Scicom and Upromise Investement Advisors |
| Upromise Investement Advisors | | 11/16/07 | Agreement for Services |
| Upromise Investement Advisors | | 09/12/07 | Agreement for Services |
| Upromise Investement Advisors | | 09/19/08 | Agreement for Services |
| Upromise Investement Advisors | | 03/22/10 | Amendment to Agreement for Services |
| Upromise Investement Advisors | | 11/06/06 | Agreement for Services |
| Upromise Investement Advisors | | 08/28/06 | Agreement for Services |
| Upromise Investement Advisors | | 05/16/12 | Amendment to Agreement for Services |
| Valspar Corporation | V-1005-3/04 | 09/01/04 | Agreement for Services |
| Vertical Mgmt Systems | V-1008-10/08 | 10/01/08 | Agreement for Services |

7224483_1.xlsx

Attachment G

| Counter Party | SCICOM Data Contract No. | Agreement Date or Effective Date | Agreement |
|---|---|---|---|
| Vertical Mgmt Systems | | 12/04/08 | System Specification Addendum 1 to Agreement for Services between Scicom and Vertical Management Systems, Inc. |
| Walman Optical Company | W-1011-9/11 | 09/14/11 | Agreement for Services |
| Walman Optical Company | | 09/14/11 | System Specification Addendum to Agreement for Services between Scicom and Walman Optical Company |
| Watkins, Ross & Co. | W-1007-08/04 | 09/01/04 | Agreement for Services |
| Watkins, Ross & Co. | | 09/03/04 | System Specification Addendum to Agreement for Services between Scicom and Watkins, Ross & Co. |
| Wells Fargo | | 05/24/10 | Master Agreement |
| Wells Fargo | | 05/24/10 | Statement of Work |
| Wells Fargo | | 01/02/12 | Statement of Work |
| Wells Fargo | | 05/24/10 | Statement of Work |
| Wells Fargo | | 01/02/12 | Statement of Work |

7224483_1.xlsx

B6H (Official Form 6H) (12/07)

.

In re    SCICOM Data Services, Ltd.                                        ,    Case No.    13-43894

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

0
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Minnesota

In re   SCICOM Data Services, Ltd.                       Case No.   13-43894

Debtor(s)           Chapter   11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Senior Vice President and CFO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   31   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  August 20, 2013               Signature   /s/ Timothy L. Johnson

                                              Timothy L. Johnson
                                            Senior Vice President and CFO

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## District of Minnesota

In re    SCICOM Data Services, Ltd.                         Case No.    13-43894

                                      Debtor(s)                       Chapter     11

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $2,139,228.00 | Fiscal 2014 YTD: Gross Revenue (thru 7/31/2013) |
| $15,503,809.00 | Fiscal 2013: Gross Revenue |
| $14,642,928.00 | Fiscal 2012: Gross Revenue |
| $19,051,572.00 | Fiscal 2011: Gross Revenue |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

          AMOUNT                 SOURCE

B7 (Official Form 7) (04/13)

2

### 3. Payments to creditors

None  ■

**Complete a. or b., as appropriate, and c.**

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None  ☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See Attachment SOFA 3b | | $0.00 | $0.00 |

None  ☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See also Item 23 below | | $0.00 | $0.00 |
| SCICOM Leasing Inc. 10101 Bren Rd E Minnetonka, MN 55343   Entity owned by Debtor | Not yet identified | $0.00 | $0.00 |

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None  ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| SCICOM Data Services v. Actuate Corporation CV 12-2764 JNE/FLN | Contract Dispute, claims and counterclaims | US District Court - Minnesota (previously in Hennepin County Court File No. 27-CV-12-20006) | Pending |

None  ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| AAHAM Maplewood, MN | none | 7/13/12 | Sponsorship - $600.00 |
| HFMA Minneapolis, MN | none | 7/16/12 | Sponsorship - $900.00 |
| Hutchinson Hospital Auxiliary Hutchinson, MN | none | 9/19/12 | Memorial - $250.00 |
| House of Prayer Lutheran Church Richfield, MN | none | 11/6/12 | Memorial - $250.00 |
| Lifeworks Services, Inc. Minneapolis, MN | none | 12/20/12 | Donation - $2,500.00 |
| American Cancer Minneapolis, MN | none | 4/1/13 | Donation - $350.00 |
| American Diabetes Association St. Louis Park, MN | none | 4/17/13 | Donation - $150.00 |

B7 (Official Form 7) (04/13)                                                                                    4

---

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Fredrikson & Byron PA<br>200 S 6th St<br>Ste 4000<br>Minneapolis, MN 55402 | See Application to Employ | |

---

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| BMO Harris Bank, NA<br>11455 Viking Dr<br>Eden Prairie, MN 55344 | Account ending 2263 | 10/2012 |
| Bremer Bank | Account ending 9942 | 8/2013 |
| Signature Bank | Account ending 4645 | Closed 7/2013 |

---

B7 (Official Form 7) (04/13)                                                                                            5

---

**12. Safe deposit boxes**

None    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
■      immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
       depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
       filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

---

**13. Setoffs**

None    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
■      commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
       spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

---

**14. Property held for another person**

None    List all property owned by another person that the debtor holds or controls.
☐

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| Customers' Consigned Inventory | Value Unknown (includes envelopes, paper, inserts, etc.) | SCICOM Data Services, Inc. |
| SCICOM Leasing Inc.<br>10101 Bren Rd E<br>Minnetonka, MN 55343 | 06 Ford Freestar [VIN 2FTZA54646BA39908]<br>09 Dodge Caravan  [VIN 1D8HN11E69B504723] | |

---

**15. Prior address of debtor**

None    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
■      occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
       address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

---

**16. Spouses and Former Spouses**

None    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho,
■      Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
       commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
       the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous
or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to,
statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or
operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,
pollutant, or contaminant or similar term under an Environmental Law

---

B7 (Official Form 7) (04/13)                                                                                                    6

None    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
■       or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
        the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■       Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■       the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
        docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
☐       ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
        partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
        immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
        within **six years** immediately preceding the commencement of this case.

   *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
   ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
   years** immediately preceding the commencement of this case.

   *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
   ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
   years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| SCICOM Leasing Inc. | 41-1679529 | 10101 Bren Rd E Minnetonka, MN 55343 | Hold title to vehicles used by company | |

None    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

| NAME | ADDRESS |
|---|---|

   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above,
within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
directly to the signature page.)*

### 19. Books, records and financial statements

None    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
☐       supervised the keeping of books of account and records of the debtor.

B7 (Official Form 7) (04/13)

7

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Rachel Alden<br>10101 Bren Rd E<br>Minnetonka, MN 55343 | 12/05/2011 - present |
| Marlene Tollefson<br>10101 Bren Rd E<br>Minnetonka, MN 55343 | 08/06/2011 - present |
| Randi Cook<br>1083 Victoria Greens Blvd<br>Victoria, MN 55386 | 08/06/2011 - 04/30/2013 |
| Vonda Knefelkamp<br>8958 Deer Run Ct<br>Victoria, MN 55386 | 08/06/2011 - 12/31/2011 |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| HLB Tautges Redpath Ltd | Attn: Mark Gibbs<br>4810 White Bear Pkwy<br>Saint Paul, MN 55110 | 2011 - present; audit and tax services |
| RSM McGladrey Inc. | Attn John Stevenson<br>801 Nicollet Mall, Ste 1100 West<br>Minneapolis, MN 55402 | 2011 - present; Valuation for ESOP |

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| BMO Harris Bank, NA<br>11455 Viking Dr<br>Eden Prairie, MN 55344 | Quarterly and annual audited statements |

---

**20. Inventories**

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| 6/30/2013 | Tom Johnson | $1,018,905.00 (average cost) |
| 6/30/2012 | Tom Johnson | $1,253,439.00 (average cost) |

None ☐    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 6/30/2013 | Tom Johnson<br>10101 Bren Rd E<br>Minnetonka, MN 55343 |

B7 (Official Form 7) (04/13)                                                                                              8

| | |
|---|---|
| DATE OF INVENTORY<br>6/30/2012 | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS<br>Tom Johnson<br>10101 Bren Rd E<br>Minnetonka, MN 55343 |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| SCICOM Data Services, Ltd.<br>Employee Stock Ownership Plan<br>c/o Alerus Financial, N.A.<br>10900 Wayzata Blvd Ste 120<br>Hopkins, MN 55305 | | 100% stock ownership |
| Richard A. Walter<br>PO Box 777<br>512 S Drive<br>Anna Maria, FL 34216 | CEO and Chairman of the Board | ESOP participant (allocated shares total less than 5%) |
| Timothy L. Johnson<br>1792 Windsor Dr S<br>Shakopee, MN 55379 | Senior Vice President and CFO | ESOP participant (allocated shares total less than 5%) |
| Dale E. Carlson<br>6900 Utica Ln<br>Chanhassen, MN 55317 | President | ESOP participant (allocated shares total 7.56%) |
| Martin P. Kiener<br>17027 Claycross Way<br>Eden Prairie, MN 55346 | Sr. Vice President | ESOP participant (allocated shares total less than 5%) |
| William C. Chesney<br>18520 - 25th Ave N<br>Minneapolis, MN 55447 | Sr. Vice President | |
| Vicki A. Nelson<br>1066 Loma Linda Ave<br>Mound, MN 55364 | Vice President | ESOP participant (allocated shares total less than 5%) |
| Steven L. Walmsley<br>2800 - 98th Ave N<br>Minneapolis, MN 55444 | Vice President | ESOP participant (allocated shares total less than 5%) |
| Gene Booker<br>6801 W 82nd Street<br>Minneapolis, MN 55438 | Outside board member | |
| Denis J. Daly<br>38467 Riverview Hills<br>Saint Peter, MN 56082 | Outside board member | |
| R. Stephen O'Brien<br>575 Donald Ross Dr<br>Pinehurst, NC 28374 | Outside board member | |

B7 (Official Form 7) (04/13)                                                                                            9

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
     commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
     immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
     in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
     commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------|------|------|
| Richard A. Walter<br>PO Box 777<br>512 S Drive<br>Anna Maria, FL 34216<br>  CEO and Chairman of the Board | Gross wages & expense reimbursements<br>(7/2012 through 7/30/2013) | $112,499.92 |
| Timothy L. Johnson<br>1792 Windsor Dr S<br>Shakopee, MN 55379<br>  Senior Vice President and CFO | Gross wages & expense reimbursements<br>(7/2012 through 7/30/2013) | $250,000.08 |
| Dale E. Carlson<br>6900 Utica Ln<br>Chanhassen, MN 55317<br>  President | Gross wages & expense reimbursements<br>(7/2012 through 7/30/2013) | $288,009.45 |
| Martin P. Kiener<br>17027 Claycross Way<br>Eden Prairie, MN 55346<br>  Sr. Vice President | Gross wages & expense reimbursements<br>(7/2012 through 7/30/2013) | $295,480.08 |
| William C. Chesney<br>18520 - 25th Ave N<br>Minneapolis, MN 55447<br>  Sr. Vice President | Gross wages & expense reimbursements<br>(7/2012 through 7/30/2013) | $150,000.00 |
| Vicki A. Nelson<br>1066 Loma Linda Ave<br>Mound, MN 55364<br>  Vice President | Gross wages & expense reimbursements<br>(7/2012 through 7/30/2013) | $145,807.92 |
| Steven L. Walmsley<br>2800 - 98th Ave N<br>Minneapolis, MN 55444<br>  Vice President | Gross wages & expense reimbursements<br>(7/2012 through 7/30/2013) | $141,584.94 |
| Richard A. Walter<br>PO Box 777<br>512 S Drive<br>Anna Maria, FL 34216<br>  CEO and Chairman of the Board | Board fees & expense reimbursements<br>(7/2012 through 7/30/2013) | $27,848.50 |
| Denis J. Daly<br>38467 Riverview Hills<br>Saint Peter, MN 56082<br>  Outside board member | Board fees & expense reimbursements<br>(7/2012 through 7/30/2013) | $10,000.00 |

B7 (Official Form 7) (04/13)                                                                                      10

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Gene Booker<br>6801 W 82nd Street<br>Minneapolis, MN 55438<br>  Outside board member | Board fees & expense reimbursements<br>(7/2012 through 7/30/2013) | $10,000.00 |
| R. Stephen O'Brien<br>575 Donald Ross Dr<br>Pinehurst, NC 28374<br>  Outside board member | Board fees & expense reimbursements<br>(7/2012 through 7/30/2013) | $13,525.48 |

---

### 24. Tax Consolidation Group.

None
☐

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| SCICOM Data Services, Ltd. | 41-0828479 (Parent) |
| SCICOM Leasing, Inc. | 41-1679529 (100% owned subsidiary) |

---

### 25. Pension Funds.

None
☐

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| SCICOM Data Services, Ltd. Employee Pension Plan | 41-0828479-001 |
| SCICOM Data Services, Ltd. Employee Stock Ownership Plan and Trust | 41-0828479-002 |
| SCICOM Data Services, Ltd. 401(K) Plan | 41-0828479-003 |

\* \* \* \* \* \*

Attachment SOFA 3b

| Tran Date | Tran Type | Post Date | Tran | Description | Amount | Sub Total |
|---|---|---|---|---|---|---|
| 05/09/13 | CM Check | 05/31/13 | 002814-CK | 401K PAYMENT | $7,325.05 | |
| 05/14/13 | CM Check | 05/31/13 | 002811-CK | 401K PAYMENT | $11,410.27 | |
| 05/23/13 | CM Check | 05/31/13 | 002812-CK | 401K PAYMENT | $7,315.40 | |
| 05/30/13 | CM Check | 05/31/13 | 002813-CK | 401K PAYMENT | $11,496.68 | |
| 07/03/13 | CM Check | 07/31/13 | 002857-CK | 401K PAYMENT | $7,467.70 | |
| 07/12/13 | CM Check | 07/31/13 | 002858-CK | 401K PAYMENT | $11,208.27 | |
| 07/18/13 | CM Check | 07/31/13 | 002859-CK | 401K PAYMENT | $8,666.25 | |
| 07/30/13 | CM Check | 07/31/13 | 002860-CK | 401K PAYMENT | $11,208.29 | $76,097.91 |
| 06/06/13 | CM Check | 06/28/13 | 002835-CK | 401K PAYROLL | $7,686.47 | |
| 06/13/13 | CM Check | 06/28/13 | 002836-CK | 401K PAYROLL | $11,690.46 | |
| 06/20/13 | CM Check | 06/28/13 | 002837-CK | 401K PAYROLL | $8,958.87 | |
| 06/28/13 | CM Check | 06/28/13 | 002838-CK | 401K PAYROLL | $12,031.85 | $40,367.65 |
| 06/28/13 | CM Check | 06/28/13 | 002844-CK | ADP Fees - JUNE APD FEES | $2,535.42 | |
| 05/31/13 | CM Check | 05/31/13 | 002810-CK | ADP Fees - MAY 2013 ADP FEES | $3,365.53 | |
| 07/31/13 | CM Check | 07/31/13 | 002877-CK | ADP FEES JULY | $2,643.45 | |
| 08/01/13 | ACH | | | ADP TAXES | $698.62 | |
| 08/01/13 | ACH | | | ADP TAXES | $31,103.38 | $40,346.40 |
| 07/10/13 | AP Check | 07/10/13 | 166479-CK | ALERUS FINANCIAL | $15,000.00 | |
| 07/19/13 | AP Check | 07/19/13 | 166582-CK | ALERUS FINANCIAL | $35,000.00 | $50,000.00 |
| 05/20/13 | AP Check | 05/20/13 | 166308-CK | AMERICAN EXPRESS | $186,738.28 | |
| 06/20/13 | AP Check | 06/20/13 | 166406-CK | AMERICAN EXPRESS | $100,756.73 | |
| 07/03/13 | AP Check | 07/03/13 | 166471-CK | AMERICAN EXPRESS | $248,302.33 | |
| 07/10/13 | AP Check | 07/10/13 | 166480-CK | AMERICAN EXPRESS | $10,913.09 | |
| 07/19/13 | AP Check | 07/19/13 | 166529-CK | AMERICAN EXPRESS | $11,999.21 | $558,709.64 |
| 05/10/13 | AP Check | 05/10/13 | 166264-CK | ANCHOR PAPER CO | $2,610.72 | |
| 06/10/13 | AP Check | 06/10/13 | 166384-CK | ANCHOR PAPER CO | $3,986.52 | |
| 07/10/13 | AP Check | 07/10/13 | 166481-CK | ANCHOR PAPER CO | $1,771.03 | $8,368.27 |
| 06/03/13 | AP Check | 06/03/13 | 166339-CK | ASSOCIATED FINANCIAL GROUP | $2,083.00 | |
| 07/01/13 | AP Check | 07/01/13 | 166436-CK | ASSOCIATED FINANCIAL GROUP | $2,083.00 | |
| 07/19/13 | AP Check | 07/19/13 | 166531-CK | ASSOCIATED FINANCIAL GROUP | $2,083.00 | $6,249.00 |
| 07/22/13 | AP Check | 07/22/13 | 166586-CK | BELL AND HOWELL LLC | $17,017.00 | $17,017.00 |

7215693_1.XLSX

Attachment SOFA 3b

| Tran Date | Tran Type | Post Date | Tran | Description | Amount | Sub Total |
|---|---|---|---|---|---|---|
| 07/16/13 | CM Check | 07/31/13 | 002866-CK | BMO Harris - MORTGAGE INTEREST | $278.55 | |
| 05/01/13 | CM Check | 05/31/13 | 002806-CK | BMO Harris - MORTGAGE INTEREST EXPENSE | $639.00 | |
| 07/31/13 | CM Check | 07/31/13 | 002879-CK | BMO Harris - MORTGAGE INTEREST PAYMENT | $583.23 | |
| 06/03/13 | CM Check | 06/28/13 | 002846-CK | BMO Harris - MORTGAGE INTERST | $631.20 | |
| 05/01/13 | CM Check | 05/31/13 | 002807-CK | BMO Harris - MORTGAGE PAYMENT | $14,503.00 | |
| 06/03/13 | CM Check | 06/28/13 | 002847-CK | BMO Harris - MORTGAGE PAYMENT | $14,503.00 | |
| 07/16/13 | CM Check | 07/31/13 | 002864-CK | BMO Harris - MORTGAGE PAYMENT | $130,414.04 | |
| 07/16/13 | CM Check | 07/31/13 | 002865-CK | BMO Harris - MORTGAGE PAYMENT | $174,036.00 | |
| 07/31/13 | CM Check | 07/31/13 | 002880-CK | BMO Harris - MORTGAGE PAYMENT | $14,503.00 | |
| 06/04/13 | AP Check | 06/04/13 | 166382-CK | BMO HARRIS BANK N.A. | $1,536.15 | |
| 07/03/13 | AP Check | 07/03/13 | 166472-CK | BMO HARRIS BANK N.A. | $11,899.78 | |
| 07/10/13 | AP Check | 07/10/13 | 166501-CK | BMO HARRIS BANK N.A. | $53.35 | |
| 07/19/13 | AP Check | 07/19/13 | 166553-CK | BMO HARRIS BANK N.A. | $19.95 | $363,600.25 |
| 08/02/13 | ACH | | | BREMER BANK | $16,000.00 | |
| 05/10/13 | AP Check | 05/10/13 | 166268-CK | BREMER TRUST, N.A. | $1,619.20 | |
| 07/10/13 | AP Check | 07/10/13 | 166484-CK | BREMER TRUST, N.A. | $3,138.21 | $20,757.41 |
| 07/23/13 | CM Check | 07/31/13 | 002863-CK | CHAPTER 11 CHARGES HLBTAUGUES REDPATH | $42,300.00 | $42,300.00 |
| 07/22/13 | AP Check | 07/22/13 | 166584-CK | CHARTWELL BUSINESS VALUATION, LLC | $20,000.00 | $20,000.00 |
| 07/19/13 | AP Check | 07/19/13 | 166534-CK | CHUBB & SON | $9,066.00 | $9,066.00 |
| 06/03/13 | AP Check | 06/03/13 | 166349-CK | DATALINK CORPORATION | $1,787.40 | |
| 06/20/13 | AP Check | 06/20/13 | 166412-CK | DATALINK CORPORATION | $1,787.40 | |
| 07/19/13 | AP Check | 07/19/13 | 166538-CK | DATALINK CORPORATION | $24,401.43 | $27,976.23 |
| 05/10/13 | AP Check | 05/10/13 | 166274-CK | DELL MARKETING LP | $2,741.49 | |
| 05/20/13 | AP Check | 05/20/13 | 166313-CK | DELL MARKETING LP | $8,158.46 | |
| 07/10/13 | AP Check | 07/10/13 | 166490-CK | DELL MARKETING LP | $808.40 | $11,708.35 |
| 05/10/13 | CM Check | 05/31/13 | 002809-CK | Delta Dental - APRIL 2013 DELTA DENTAL | $8,140.00 | |
| 07/10/13 | CM Check | 07/31/13 | 002855-CK | Delta Dental - JUNE DELTA DENTAL | $8,882.03 | |
| 06/10/13 | CM Check | 06/28/13 | 002832-CK | Delta Dental - MAY DELTA DENTAL ACCOUNT | $6,644.29 | $23,666.32 |

Attachment SOFA 3b

| Tran Date | Tran Type | Post Date | Tran | Description | Amount | Sub Total |
|---|---|---|---|---|---|---|
| 07/01/13 | AP Check | 07/01/13 | 166443-CK | DOCULYNX INC | $10,727.50 | **$10,727.50** |
| 05/10/13 | AP Check | 05/10/13 | 166275-CK | FREDRIKSON & BYRON, P.A. | $9,491.50 | |
| 06/20/13 | AP Check | 06/20/13 | 166415-CK | FREDRIKSON & BYRON, P.A. | $58,869.21 | |
| 07/05/13 | AP Check | 07/05/13 | 166476-CK | FREDRIKSON & BYRON, P.A. | $178,418.66 | |
| 08/05/13 | WIRE | | | FREDRIKSON & BYRON, P.A. | $143,695.13 | **$390,474.50** |
| 06/03/13 | AP Check | 06/03/13 | 166352-CK | HONEYWELL | $38,279.19 | **$38,279.19** |
| 05/20/13 | AP Check | 05/20/13 | 166319-CK | KNOWLEDGE MARKETING LLC | $3,000.00 | |
| 06/20/13 | AP Check | 06/20/13 | 166417-CK | KNOWLEDGE MARKETING LLC | $1,500.00 | |
| 07/10/13 | AP Check | 07/10/13 | 166498-CK | KNOWLEDGE MARKETING LLC | $500.00 | |
| 07/19/13 | AP Check | 07/19/13 | 166547-CK | KNOWLEDGE MARKETING LLC | $2,000.00 | **$7,000.00** |
| 05/10/13 | AP Check | 05/10/13 | 166281-CK | LIGHTHOUSE MANAGEMENT GROUP, INC | $7,500.00 | |
| 05/20/13 | AP Check | 05/20/13 | 166322-CK | LIGHTHOUSE MANAGEMENT GROUP, INC | $7,687.50 | |
| 06/10/13 | AP Check | 06/10/13 | 166390-CK | LIGHTHOUSE MANAGEMENT GROUP, INC | $9,750.00 | |
| 06/20/13 | AP Check | 06/20/13 | 166419-CK | LIGHTHOUSE MANAGEMENT GROUP, INC | $9,862.50 | |
| 07/10/13 | AP Check | 07/10/13 | 166500-CK | LIGHTHOUSE MANAGEMENT GROUP, INC | $6,562.50 | |
| 07/19/13 | AP Check | 07/19/13 | 166550-CK | LIGHTHOUSE MANAGEMENT GROUP, INC | $18,579.50 | |
| 07/19/13 | AP Check | 07/19/13 | 166580-CK | LIGHTHOUSE MANAGEMENT GROUP, INC | $25,000.00 | |
| 07/19/13 | AP Check | 07/19/13 | 166581-CK | LIGHTHOUSE MANAGEMENT GROUP, INC | $18,337.50 | |
| 07/25/13 | AP Check | 07/25/13 | 166589-CK | LIGHTHOUSE MANAGEMENT GROUP, INC | $1,875.00 | |
| 08/05/13 | WIRE | | | LIGHTHOUSE MANAGEMENT GROUP, INC | $1,312.50 | **$106,467.00** |
| 07/10/13 | AP Check | 07/10/13 | 166525-CK | LINDQUIST + VENNUM | $15,000.00 | |
| 07/19/13 | AP Check | 07/19/13 | 166583-CK | LINDQUIST + VENNUM | $15,000.00 | **$30,000.00** |

7215693_1.XLSX

Attachment SOFA 3b

| Tran Date | Tran Type | Post Date | Tran | Description | Amount | Sub Total |
|---|---|---|---|---|---|---|
| 05/10/13 | AP Check | 05/10/13 | 166282-CK | MASTERSON PERSONNEL | $765.70 | |
| 05/20/13 | AP Check | 05/20/13 | 166324-CK | MASTERSON PERSONNEL | $751.60 | |
| 06/03/13 | AP Check | 06/03/13 | 166358-CK | MASTERSON PERSONNEL | $2,254.80 | |
| 06/20/13 | AP Check | 06/20/13 | 166420-CK | MASTERSON PERSONNEL | $1,302.71 | |
| 07/01/13 | AP Check | 07/01/13 | 166452-CK | MASTERSON PERSONNEL | $1,346.87 | |
| 07/10/13 | AP Check | 07/10/13 | 166502-CK | MASTERSON PERSONNEL | $565.95 | |
| 07/19/13 | AP Check | 07/19/13 | 166554-CK | MASTERSON PERSONNEL | $699.36 | $7,686.99 |
| 05/10/13 | AP Check | 05/10/13 | 166284-CK | MIDLAND PAPER | $5,701.61 | |
| 06/10/13 | AP Check | 06/10/13 | 166392-CK | MIDLAND PAPER | $26,658.13 | |
| 07/01/13 | AP Check | 07/01/13 | 166453-CK | MIDLAND PAPER | $15,906.17 | |
| 07/10/13 | AP Check | 07/10/13 | 166504-CK | MIDLAND PAPER | $16,381.40 | $64,647.31 |
| 06/03/13 | AP Check | 06/03/13 | 166363-CK | OTIS ELEVATOR COMPANY | $13,816.36 | $13,816.36 |
| 07/31/13 | CM Check | 07/31/13 | 002873-CK | Payroll - JULY | $187,619.81 | |
| 06/28/13 | CM Check | 06/28/13 | 002843-CK | Payroll Taxes - JUNE | $2,803.93 | |
| 06/21/13 | CM Check | 06/28/13 | 002842-CK | Payroll Taxes - JUNE | $29,782.61 | |
| 06/28/13 | CM Check | 06/28/13 | 002841-CK | Payroll Taxes - JUNE PAYROLL TAXES | $162,134.99 | |
| 05/31/13 | CM Check | 05/31/13 | 002822-CK | Payroll Taxes - MAY PAYROLL TAXES | $162,602.17 | |
| 05/31/13 | CM Check | 05/31/13 | 002823-CK | Payroll Taxes - MAY PAYROLL TAXES | $28,490.11 | |
| 05/31/13 | CM Check | 05/31/13 | 002824-CK | Payroll Taxes - MAY PAYROLL TAXES | $2,863.96 | $576,297.58 |
| 05/02/13 | CM Check | 05/31/13 | 002819-CK | PB TRANSFER | $200,000.00 | |
| 05/09/13 | CM Check | 05/31/13 | 002820-CK | PB TRANSFER | $200,000.00 | |
| 05/22/13 | CM Check | 05/31/13 | 002821-CK | PB TRANSFER | $200,000.00 | |
| 05/30/13 | CM Check | 05/31/13 | 002818-CK | PB TRANSFER | $200,000.00 | |
| 06/05/13 | CM Check | 06/28/13 | 002840-CK | PB TRANSFER | $300,000.00 | |
| 06/25/13 | CM Check | 06/28/13 | 002839-CK | PB TRANSFER | $300,000.00 | |
| 07/01/13 | CM Check | 07/31/13 | 002871-CK | PB TRANSFER | $400,000.00 | |
| 07/10/13 | CM Check | 07/31/13 | 002868-CK | PB TRANSFER | $300,000.00 | |
| 07/17/13 | CM Check | 07/31/13 | 002870-CK | PB TRANSFER | $200,000.00 | |
| 07/23/13 | CM Check | 07/31/13 | 002867-CK | PB TRANSFER | $200,000.00 | |
| 07/30/13 | CM Check | 07/31/13 | 002869-CK | PB TRANSFER | $300,000.00 | |
| 07/31/13 | CM Check | 07/31/13 | 002874-CK | PB TRANSFER | $29,514.89 | |
| 07/31/13 | CM Check | 07/31/13 | 002875-CK | PB TRANSFER | $3,311.62 | $2,832,826.51 |
| 06/10/13 | AP Check | 06/10/13 | 166395-CK | PITNEY BOWES INC | $1,094.20 | $1,094.20 |

7215693_1.XLSX

Attachment SOFA 3b

| Tran Date | Tran Type | Post Date | Tran | Description | Amount | Sub Total |
|---|---|---|---|---|---|---|
| 05/10/13 | AP Check | 05/10/13 | 166291-CK | PITNEY BOWES PRESORT SERVICES INC | $2,082.70 | |
| 05/20/13 | AP Check | 05/20/13 | 166328-CK | PITNEY BOWES PRESORT SERVICES INC | $802.76 | |
| 06/03/13 | AP Check | 06/03/13 | 166366-CK | PITNEY BOWES PRESORT SERVICES INC | $1,946.28 | |
| 06/10/13 | AP Check | 06/10/13 | 166396-CK | PITNEY BOWES PRESORT SERVICES INC | $793.10 | |
| 06/20/13 | AP Check | 06/20/13 | 166423-CK | PITNEY BOWES PRESORT SERVICES INC | $799.42 | |
| 07/01/13 | AP Check | 07/01/13 | 166457-CK | PITNEY BOWES PRESORT SERVICES INC | $2,345.96 | |
| 07/10/13 | AP Check | 07/10/13 | 166511-CK | PITNEY BOWES PRESORT SERVICES INC | $810.13 | **$9,580.35** |
| 05/21/13 | AP Check | 05/21/13 | 166337-CK | POSTMASTER | $10,000.00 | |
| 06/06/13 | AP Check | 06/06/13 | 166383-CK | POSTMASTER | $20,000.00 | |
| 07/03/13 | AP Check | 07/03/13 | 166473-CK | POSTMASTER | $40,000.00 | |
| 07/26/13 | AP Check | 07/26/13 | 166590-CK | POSTMASTER | $20,000.00 | **$90,000.00** |
| 06/28/13 | CM Check | 06/28/13 | 002845-CK | Preferred One - JUNE | $109,783.86 | |
| 06/28/13 | CM Check | 06/30/13 | 002849-CK | Preferred One - JUNE | $90.00 | |
| 05/31/13 | CM Check | 05/31/13 | 002825-CK | Preferred One - MAY PREFERRED ONE CHARGES | $102,013.52 | |
| 08/05/13 | ACH | | | PREFERRED ONE CLAIMS | $25,366.34 | |
| 07/31/13 | CM Check | 07/31/13 | 002876-CK | PREFERRED ONE JULY | $114,360.83 | **$351,614.55** |
| 07/11/13 | CM Check | 07/31/13 | 002872-CK | PRINCIPAL PENSION CONTRIBUTION | $75,512.00 | **$75,512.00** |
| 08/01/13 | ACH | | | RETIREMENT PLAN SERVICES - 401K | $7,326.51 | **$7,326.51** |
| 07/01/13 | AP Check | 07/01/13 | 166458-CK | RJ AHMANN COMPANY | $49,257.00 | **$49,257.00** |
| 05/10/13 | AP Check | 05/10/13 | 166292-CK | ROBERTS BUSINESS FORMS | $9,005.85 | |
| 06/03/13 | AP Check | 06/03/13 | 166367-CK | ROBERTS BUSINESS FORMS | $9,825.75 | |
| 06/10/13 | AP Check | 06/10/13 | 166397-CK | ROBERTS BUSINESS FORMS | $5,806.08 | |
| 06/20/13 | AP Check | 06/20/13 | 166424-CK | ROBERTS BUSINESS FORMS | $2,379.65 | |
| 07/01/13 | AP Check | 07/01/13 | 166459-CK | ROBERTS BUSINESS FORMS | $5,522.50 | **$32,539.83** |
| 07/19/13 | AP Check | 07/19/13 | 166564-CK | SHENEHON COMPANY | $7,191.69 | |
| 07/22/13 | AP Check | 07/22/13 | 166585-CK | SHENEHON COMPANY | $15,000.00 | **$22,191.69** |

Attachment SOFA 3b

| Tran Date | Tran Type | Post Date | Tran | Description | Amount | Sub Total |
|---|---|---|---|---|---|---|
| 05/13/13 | CM Check | 05/31/13 | 002816-CK | State of MN - APRIL SALES TAX | $3,843.00 | |
| 07/10/13 | CM Check | 07/31/13 | 002856-CK | State of MN - JUNE SALES AND USE TAX | $1,806.00 | |
| 06/12/13 | CM Check | 06/28/13 | 002833-CK | State of MN - MAY SALES AND USE TAX | $2,437.00 | |
| 07/19/13 | AP Check | 07/19/13 | 166557-CK | State of MN - MN DEPT OF LABOR AND INDUSTRY | $300.00 | $8,386.00 |
| 07/19/13 | AP Check | 07/19/13 | 166568-CK | SUNGARD | $5,000.00 | $5,000.00 |
| 06/03/13 | AP Check | 06/03/13 | 166371-CK | SUNGARD AVAILABILITY SERVICES | $10,871.00 | |
| 06/20/13 | AP Check | 06/20/13 | 166428-CK | SUNGARD AVAILABILITY SERVICES | $2,584.00 | |
| 07/01/13 | AP Check | 07/01/13 | 166463-CK | SUNGARD AVAILABILITY SERVICES | $8,287.00 | $21,742.00 |
| 05/20/13 | AP Check | 05/20/13 | 166332-CK | SUNGARD BUSINESS SYSTEMS LLC | $402.50 | |
| 06/10/13 | AP Check | 06/10/13 | 166400-CK | SUNGARD BUSINESS SYSTEMS LLC | $402.50 | |
| 07/19/13 | AP Check | 07/19/13 | 166567-CK | SUNGARD BUSINESS SYSTEMS LLC | $805.00 | $1,610.00 |
| 07/01/13 | AP Check | 07/01/13 | 166464-CK | SVL SERVICE CORP | $2,016.77 | $2,016.77 |
| 05/10/13 | AP Check | 05/10/13 | 166295-CK | TENSION ENVELOPE CORP DM | $10,246.45 | |
| 06/03/13 | AP Check | 06/03/13 | 166372-CK | TENSION ENVELOPE CORP DM | $2,706.77 | |
| 06/10/13 | AP Check | 06/10/13 | 166401-CK | TENSION ENVELOPE CORP DM | $7,065.00 | |
| 06/20/13 | AP Check | 06/20/13 | 166429-CK | TENSION ENVELOPE CORP DM | $32,945.48 | |
| 07/01/13 | AP Check | 07/01/13 | 166465-CK | TENSION ENVELOPE CORP DM | $25,428.68 | |
| 07/10/13 | AP Check | 07/10/13 | 166516-CK | TENSION ENVELOPE CORP DM | $4,483.37 | $82,875.75 |
| 06/03/13 | AP Check | 06/03/13 | 166357-CK | THE LINCOLN NATIONAL LIFE INSURANCE COMP | $6,134.32 | |
| 07/01/13 | AP Check | 07/01/13 | 166450-CK | THE LINCOLN NATIONAL LIFE INSURANCE COMP | $5,983.18 | $12,117.50 |
| 07/19/13 | AP Check | 07/19/13 | 166571-CK | TRANSCEND UNITED TECHNOLOGIES | $10,603.87 | $10,603.87 |
| 06/03/13 | AP Check | 06/03/13 | 166375-CK | TW TELECOM | $3,347.77 | |
| 07/01/13 | AP Check | 07/01/13 | 166468-CK | TW TELECOM | $3,340.89 | $6,688.66 |
| 05/10/13 | AP Check | 05/10/13 | 166298-CK | UNITED PARCEL SERVICE | $755.24 | |
| 05/20/13 | AP Check | 05/20/13 | 166333-CK | UNITED PARCEL SERVICE | $3,664.64 | |
| 06/03/13 | AP Check | 06/03/13 | 166376-CK | UNITED PARCEL SERVICE | $969.37 | |
| 06/10/13 | AP Check | 06/10/13 | 166403-CK | UNITED PARCEL SERVICE | $450.92 | |
| 06/20/13 | AP Check | 06/20/13 | 166431-CK | UNITED PARCEL SERVICE | $214.99 | |
| 07/10/13 | AP Check | 07/10/13 | 166518-CK | UNITED PARCEL SERVICE | $893.39 | |
| 07/19/13 | AP Check | 07/19/13 | 166573-CK | UNITED PARCEL SERVICE | $2,600.43 | $9,548.98 |

7215693_1.XLSX

Attachment SOFA 3b

| Tran Date | Tran Type | Post Date | Tran | Description | Amount | Sub Total |
|---|---|---|---|---|---|---|
| 06/10/13 | AP Check | 06/10/13 | 166404-CK | VERIFICATIONS INC | $6,801.66 | |
| 07/19/13 | AP Check | 07/19/13 | 166575-CK | VERIFICATIONS INC | $345.05 | **$7,146.71** |
| 05/10/13 | AP Check | 05/10/13 | 166301-CK | WELLS CORE OFFICE INCOME REIT | $7,551.70 | **$7,551.70** |
| 05/20/13 | AP Check | 05/20/13 | 166336-CK | WELLS REAL ESTATE FUNDS INC | $43,254.58 | **$43,254.58** |
| 05/10/13 | AP Check | 05/10/13 | 166302-CK | WEWCO | $4,076.45 | |
| 06/20/13 | AP Check | 06/20/13 | 166433-CK | WEWCO | $4,076.45 | |
| 07/10/13 | AP Check | 07/10/13 | 166521-CK | WEWCO | $6,179.04 | |
| 07/19/13 | AP Check | 07/19/13 | 166578-CK | WEWCO | $8,582.00 | **$22,913.94** |
| 05/10/13 | AP Check | 05/10/13 | 166303-CK | WINDOWBOOK | $12,750.00 | **$12,750.00** |
| 05/10/13 | AP Check | 05/10/13 | 166304-CK | XCEL ENERGY | $31,680.31 | |
| 06/03/13 | AP Check | 06/03/13 | 166380-CK | XCEL ENERGY | $30,909.62 | |
| 07/10/13 | AP Check | 07/10/13 | 166522-CK | XCEL ENERGY | $36,726.04 | **$99,315.97** |

7215693_1.XLSX

B7 (Official Form 7) (04/13)                                                                                                                11

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date  August 20, 2013                              Signature    /s/ Timothy L. Johnson
                                                                Timothy L. Johnson
                                                                Senior Vice President and CFO


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### District of Minnesota

In re    SCICOM Data Services, Ltd.                                                    ,    Case No.    13-43894

                                                                Debtor

                                                                                    Chapter                    11

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| SCICOM Data Services, Ltd.<br>Employee Stock Ownership Plan<br>c/o 10900 Wayzata Blvd Ste 120<br>Hopkins, MN 55305 | A | 928,045 (100%) | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the Senior Vice President and CFO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___August 20, 2013_____            Signature _/s/ Timothy L. Johnson_____
                                             Timothy L. Johnson
                                             Senior Vice President and CFO

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of Minnesota

In re    SCICOM Data Services, Ltd.          Case No.    13-43894

Debtor(s)       Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Senior Vice President and CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    August 20, 2013          /s/ Timothy L. Johnson

Timothy L. Johnson/Senior Vice President and CFO
Signer/Title

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

SCICOM Data Services, Ltd.

Debtor(s).

**SIGNATURE DECLARATION**

Case No. 13- 43894

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☐ MODIFIED CHAPTER 13 PLAN
☒ OTHER (Please describe: Chapter 11 Schedules and Statements; List of Equity Security Holders)

We, the undersigned debtor(s) or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- **[individual debtors only]** If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date:  August 20, 2013

X _____

Signature of Debtor or Authorized Representative

Timothy L. Johnson

Printed Name of Debtor or Authorized Representative

_____

Printed Name of Joint Debtor

Form ERS 1 (Rev. 10/03)

7225135_1.DOCX